Burton *v*. The State.

## SUE BURTON *v*. THE STATE.

1. FEES IN MOTION FOR NEW TRIAL. *To whom taxed.* The fees of clerk for the motion, and for overruling the motion for a new trial, are defendant's costs.

2. JUSTICE'S WARRANT. *Fee for executing.* The fee of an officer for executing a justice's criminal warrant is regulated by the new Code, section 5316, sub-section 1.

3. "GUARDING PRISONER TO JAIL." *No fee for.* An item in the bill of costs allowed an officer "for guarding to jail," is not warranted, without more.

4. GUARDS. *Fees of. To whom allowed.* The fees to guards are allowed the officer in charge of the prisoner, or a person employed by that officer.

### FROM DAVIDSON.

Appeal in error from the Criminal Court of Davidson county. MATT. W. ALLEN, J. .

MOTION BY ATTORNEY-GENERAL LEA.

COOPER, J., delivered the opinion of the court.

The propriety of some items of charge in the bill of costs in this case has been called in question, and whether they are State's or defendant's costs?

The fee allowed to clerk for motion for a new trial, and the fee for overruling the motion, are defendant's costs: Hartman v. State, 2 Leg. Rep., 16.

The fee allowed an officer for executing a justice's warrant in a criminal case is regulated by the new Code, section 5316, sub-section 1. Sub-section 27 of the same section prescribes the fee for serving a justice's warrant in a civil case.

---

The item in the bill of costs of one dollar to an officer "for guarding to jail," is not warranted by the fee bill. It may be intended as an abbreviation of the charge, which is allowed, "for carrying to prison and guarding defendant, arrested by a justice's warrant, one day." To come within this item there must be a guarding for a reasonable part of the day, rendered necessary by the circumstances.

The fees to guards are allowed to the officers, and an item of one dollar to a person, who does not appear to be an officer, for "guarding one day," is not within the fee bill. It should appear that he was an officer, or a guard employed by a named officer.